# DOCUMENT A

**JUNO** Message Center

DOCUMENT A

From: notification@pay.gov

To: Patience10@Juno.com

Sent: Thu, Aug 13, 2015 12:48 PM

Subject: Pay.gov Payment Confirmation: EEOC Miscellaneous Electronic Processing Form

---

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Kathleen Gregory Ross at (202) 663-4274.

Application Name: EEOC Miscellaneous Electronic Processing Form
Pay.gov Tracking ID: 25MR33CR
Agency Tracking ID: 74854879469
Transaction Type: Sale
Transaction Date: 08/13/2015 03:48:19 PM EDT

Account Holder Name: IMEH U. AFFIAH

Transaction Amount: $55.20
Billing Address: 20880 GEORGE HUNT CIR. # 405
Billing Address 2:
City: WAUKESHA
State/Province: WI
Zip/Postal Code: 53186
Country: USA
Card Type: Visa
Card Number: ************8044

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

http://webmaila.juno.com/webmail/new/8?folder=New Folder&command=print&msgList... 9/10/2015

Case 2:14-cv-01242-CNC   Filed 12/11/15   Page 2 of 2   Document 40-1