# LEGAL ASSISTANCE CONTACTS

# AND DOCUMENTS

*14-CV-1242*

Legal Contacts
1. Mr. Nathan Eisenberg :
   1555 N. River Center Dr
   Suite 202, Milwaukee WI. 53212
   414-271-4500
2. Mr. Alan Olson :
   2880 S Moorland Rd
   New Berlin, WI 531-  262-785-9606
3. Mr. Nathaniel Cade Jr :    414-255-3219    *10 am 10/12*
4. Padway & Padway

   633 W. Wisconsin Ave.

   Suite 1900, Milwaukee, WI 53203

   414.277.9800

5. Ms. Linda S. Heuvel
   310 East Buffalo St.
   Suite 104 Milwaukee, WI. 53202
   262-421-4088
6. Ms. Amy Scarr         *Call back Oct 12 (10/2)  10/5*
   608-729-4906
7. Gillick
   63rd by Bluemound
   6300 W Bluemound Rd
   Milwaukee, WI, 53213
   414-395-5813     414-257-2667 (Graf)   *10/8   10/15*
8. Lubar & Lanning
   414- 375-4795

9. Shroeder Group
   20880 Swenson Drive Suite 475
   Waukesha, WI. 53186         Sally 262-754-1347

10. Cross law
    845 N 11th St, Milwaukee, WI 53233
    414-224-0000 (Kathy Holiday)
11. Jeffrey Hynes
    2300 N. Mayfair, Suite 390
    414-774-2920

12. Canfield & Lutz
    1437 N Prospect Ave, Suite 200, Milwaukee, WI 53202
    414- 935-2810

13. McDonald Shannon-Carroll & McDonald LLC
    342 N Water St, #410, Milwaukee, WI 53202
    414) 308-1371

14. Enochs Law Firm

    310 E. Buffalo St.
    Suite 119
    Milwaukee, WI, 53202

    414-748-4878
15. Hawks Quindel
    700 W Michigan St, #500,
    Milwaukee, WI 53233
    414- 271-8650
16. Janet Heins
    1001 West Glen Oaks
    Mequon, WI
    262-241-8444

17. Sweet
    2510 East Capital
    414-369-6871

PS: I have also checked NOLO and AVVO attorney directory, ALL NO AVAIL
Those attorneys that have not responded to my calls after leaving messages are not on the list.

414 227 1139
National Association of Minority Women
Owned Law Firms ✗

Waukesha County Bar Association
(414) 274 6768  Reff. Ref. John Leppanen
(414) 273 1040

Brenda Lewison (called — no response)
414 273 1040 — Responded
Cannot Take the case n
contingency basis 9/23/15

① Lynn Stathas
608 229 2205   Madison  X

② Lester Pines
608 257-8883  X

③ Jeffrey Sweetland   ☒ont XLL
414 271 8650    Oct 5th (Andy)

③ Zilshe Law Firm  X
262 796 2400  Eastbrook office
Employment Comp. only

④ ALPIN & RINGSMUTH
262 754 1660
10 East Doty St. Suite 800

⑤ 735 N. Water St. 16th Floor
(Direct10) 414 727-2667
Not on contingency basis

⑥

Lawyer Referral at
Waukesha, WI

① 414 227 1139
National Ass. of Minority & Woman Owned
Law Firms

② Waukesha County Bar Ass.
(414) 274 6768

John Leppanen
(414) 273 1040

③ Brenda Lewison

CRYJJL

SPECIAL ADVERTISING SECTION

*Best Lawyers* is the oldest and most respected peer-review publication in the legal profession. A listing in *Best Lawyers* is widely regarded by both clients and legal professionals as a significant honor, conferred on a lawyer by his or her peers. Payment is not allowed.

# BestLawyers
## 2015 SURVEY RESULTS WISCONSIN

Our lists of outstanding attorneys are compiled by conducting exhaustive peer-review surveys in which tens of thousands of leading lawyers confidentially evaluate their professional peers. *Best Lawyers* peer-reviewed listings are now published in almost 70 countries around the world. Our presence has grown substantially in the international legal community.

### APPLETON

**BANKING & FINANCE LAW**
MCCARTY LAW
Randall A. Haak (B)

**BET-THE-COMPANY LITIGATION**
MENN LAW FIRM
Joseph J. Beisenstein

**COMMERCIAL LITIGATION**
GODFREY & KAHN
Daniel T. Flaherty

MCCARTY LAW
Randall A. Haak

MENN LAW FIRM
Joseph J. Beisenstein

**CRIMINAL DEFENSE: WHITE-COLLAR**
GODFREY & KAHN
Daniel T. Flaherty

**INTELLECTUAL PROPERTY LAW**
GODFREY & KAHN
Daniel T. Flaherty (IP*)

**LITIGATION - REGULATORY ENFORCEMENT (SEC, TELECOM, ENERGY)**
GODFREY & KAHN
Daniel T. Flaherty

**MERGERS & ACQUISITIONS LAW**
GODFREY & KAHN
Daniel T. Flaherty*

**PERSONAL INJURY LITIGATION**
HABUSH HABUSH & ROTTIER
Craig Christensen (P), Joseph M. Troy (P)

**TRUSTS & ESTATES**
GODFREY & KAHN
Jeffrey D. Riester

**WORKERS' COMPENSATION LAW**
MENN LAW FIRM
Mary Beth Callan (E)

TONY WELHOUSE ATTORNEY AT LAW
Anthony W. Welhouse (C)

### BARABOO

**FAMILY LAW**
KENNETH H. CONWAY, JR.
Kenneth H. Conway, Jr.

### BAYSIDE

**APPELLATE PRACTICE**
CHARLES H. BARR, ATTORNEY AT LAW
Charles H. Barr

**COMMERCIAL LITIGATION**
CHARLES H. BARR, ATTORNEY AT LAW
Charles H. Barr

**FAMILY LAW**
LAW OFFICES OF KAREN GOLDMAN ZIMMERMANN
Karen G. Zimmermann

### BROOKFIELD

**ALTERNATIVE DISPUTE RESOLUTION**
SMITH, GUNDERSON & ROWEN
James S. Smith (M)

**APPELLATE PRACTICE**
SCHMIDT RUPKE TESS-MATTNER & FOX
Kent Tess-Mattner

**BANKING & FINANCE LAW**
DEWITT ROSS & STEVENS
Charles H. McMullen (B)

**CONSTRUCTION LAW**
DEWITT ROSS & STEVENS
Brian R. Smigelski, Ken E. Voss

**CORPORATE LAW**
DAVIS & KUELTHAU
Ann M. Rieger

DEWITT ROSS & STEVENS
Charles H. McMullen

**FAMILY LAW**
DEWITT ROSS & STEVENS
Patricia A. Kujawa

SCHMIDT RUPKE TESS-MATTNER & FOX
Kent Tess-Mattner

**HEALTH CARE LAW**
DAVIS & KUELTHAU
Robert W. Muren

**INSURANCE LAW**
RATZEL, PYTLIK & PEZZE
Ronald G. Pezze, Jr.

**NON-PROFIT / CHARITIES LAW**
DAVIS & KUELTHAU
Charles G. Maris, Ann M. Rieger

**PERSONAL INJURY LITIGATION**
CANNON & DUNPHY
William M. Cannon (P), Patrick O. Dunphy (P), Edward E. Robinson (P), Mark L. Thomsen (P)

RATZEL, PYTLIK & PEZZE
Ronald G. Pezze, Jr. (D)

**PRODUCT LIABILITY LITIGATION**
RATZEL, PYTLIK & PEZZE
Ronald G. Pezze, Jr. (D)

**REAL ESTATE LAW**
DEWITT ROSS & STEVENS
Charles H. McMullen

**TAX LAW**
DEWITT ROSS & STEVENS
Douglas H. Frazer**

**TRUSTS & ESTATES**
DAVIS & KUELTHAU
Charles G. Maris, Ann M. Rieger

**WORKERS' COMPENSATION LAW**
ZILSKE LAW FIRM
Gary S. Stanislawski (E), Robert H. Zilske (E)

### BRULE

**ELDER LAW**
JAMES B. NOBLE
James Bowen Noble

### CEDARBURG

**FAMILY LAW**
LEVY & LEVY
Donald A. Levy

**LAND USE & ZONING LAW**
LEVY & LEVY
Donald A. Levy**

### CROSS PLAINS

**CONSTRUCTION LAW**
HUGH N. ANDERSON, ATTORNEY AT LAW
Hugh N. Anderson

### DEERFIELD

**WORKERS' COMPENSATION LAW**
APLIN & RINGSMUTH
Ronald S. Aplin (E), Mark A. Ringsmuth (E)

### EAU CLAIRE

**ALTERNATIVE DISPUTE RESOLUTION**
HERRICK & HART
Stephanie L. Finn (A)

**BANKRUPTCY & CREDITOR DEBTOR RIGHTS / INSOLVENCY & REORGANIZATION LAW**
FREUND LAW OFFICE
Daniel R. Freund**

RUDER WARE
Randi Osberg

**COMMERCIAL LITIGATION**
HERRICK & HART
Webster A. Hart

**ELDER LAW**
GROSSKOPF LAW OFFICE
Peter E. Grosskopf

RUDER WARE
Jane E. Lokken

**ENERGY LAW**
WELD, RILEY, PRENN & RICCI
Daniel P. Gustafson

**ENVIRONMENTAL LAW**
WELD, RILEY, PRENN & RICCI
Daniel P. Gustafson**

**LABOR & EMPLOYMENT LAW**
WELD, RILEY, PRENN & RICCI
Stephen L. Weld II (EM, LM)

**PERSONAL INJURY LITIGATION**
HERRICK & HART
Webster A. Hart (D, P), David J. Rice (P)

RYBERG & HAPPE
J. Drew Ryberg (D)

WELD, RILEY, PRENN & RICCI
Thomas J. Graham, Jr. (P)

**REAL ESTATE LAW**
RUDER WARE
David G. Anderson

**TAX LAW**
RUDER WARE
Sebastian J. Geraci

**TRUSTS & ESTATES**
LAW OFFICE OF JOHN F. WILCOX
John F. Wilcox

RUDER WARE
Sebastian J. Geraci


NAMES IN BLUE INDICATE MORE INFO AVAILABLE AT BESTLAWYERS.COM


NAMES IN GREEN INDICATE NEWLY LISTED LAWYERS


FIRMS IN YELLOW BOXES INDICATE PROFILED FIRMS/ LAWYERS WITH CORRESPONDING PAGE NUMBER

Case 2:14-cv-01242-CNC   Filed 12/11/15   Page 7 of 11   Document 40-2

SPECIAL ADVERTISING SECTION

**WORKERS' COMPENSATION LAW**
RICHARD J. KELLY
Richard J. Kelly (C)

SIEDOW & JACKSON
Steve M. Jackson (C), Thomas A. Siedow (C)

**ELKHART LAKE**
DUI/DWI DEFENSE

BARRY S. COHEN
Barry S. Cohen

**ELKHORN**
LAND USE & ZONING LAW

SWEET & MAIER
John L. Maier, Jr.**

**ELM GROVE**
TRUSTS & ESTATES

KENNETH P BARCZAK
Kenneth P. Barczak

WORKERS' COMPENSATION LAW

NOWAKOWSKI & MCMANUS
James G. Nowakowski (E)

**FORT ATKINSON**
REAL ESTATE LAW

VANCE, WILCOX & SHORT
James J. Vance

**GLENDALE**
TRUSTS & ESTATES

LAMBERT LAW
Katherine W. Lambert

**GREEN BAY**
BANKRUPTCY & CREDITOR DEBTOR RIGHTS / INSOLVENCY & REORGANIZATION LAW

GODFREY & KAHN
Timothy F. Nixon**

BET-THE-COMPANY LITIGATION

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY
Gregory B. Conway

COMMERCIAL LITIGATION

GODFREY & KAHN
Winston A. Ostrow

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY
Gregory B. Conway

CORPORATE LAW

DAVIS & KUELTHAU
Adrian T. Ulatowski

HAGER, DEWICK & ZUENGLER
John F. Hager

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY
Thomas M. Olejniczak

ELDER LAW

LAW OFFICE OF LOUIS E. ARCHAMBAULT
Louis E. Archambault

STELLPFLUG, JANSSEN, HAMMER, KIRSCHLING & BARTELS
Daniel J. Walsh

FIRST AMENDMENT LAW

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY
Gregory B. Conway*

IMMIGRATION LAW

DAVIS & KUELTHAU
Geoffrey A. Lacy

LABOR & EMPLOYMENT LAW

DAVIS & KUELTHAU
Robert W. Burns (EM, LM), Geoffrey A. Lacy (EM, LE*, LM)

MERGERS & ACQUISITIONS LAW

GODFREY & KAHN
William J. Plummer

PERSONAL INJURY LITIGATION

CORNEILLE LAW GROUP
Mark Budzinski (D)

HABUSH HABUSH & ROTTIER
Ralph J. Tease, Jr. (P), Edward Vopal (P)

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY
R. George Burnett (P)

WHETTER LAW OFFICES
Daniel D. Whetter (P)

TAX LAW

NELSON & SCHMELING
Brian Mudd**

TRUSTS & ESTATES

DAVIS & KUELTHAU
Adrian T. Ulatowski

LAW FIRM OF CONWAY, OLEJNICZAK & JERRY
Frederick L. Schmidt

**GREENFIELD**
FAMILY LAW

JASKOLSKI & JASKOLSKI
James K. Jaskolski

**HARTLAND**
COMMERCIAL LITIGATION

ROBERT B. CORRIS
Robert B. Corris

**HURLEY**
ELDER LAW

PAUL A. STURGUL LAW OFFICE
Paul A. Sturgul

**JANESVILLE**
CORPORATE LAW

NOWLAN & MOUAT
James R. Cripe

TRUSTS & ESTATES

NOWLAN & MOUAT
James R. Cripe

WORKERS' COMPENSATION LAW

MEIER, WICKHAM, LYONS & SCHULZ
James A. Meier (C, E)

**KENOSHA**
EMINENT DOMAIN & CONDEMNATION LAW

GUTTORMSEN, HARTLEY, WILK & HIGGINS
Thomas B. Hartley

FAMILY LAW

M. SUSANNA FRY ATTORNEY AT LAW
M. Susanna Fry

**LA CROSSE**
CIVIL RIGHTS LAW

DEVANIE, BELZER & SCHROEDER
Keith A. Belzer

CRIMINAL DEFENSE: NON-WHITE-COLLAR

DEVANIE, BELZER & SCHROEDER
Keith A. Belzer

FAMILY LAW

BOSSHARD PARKE
Sabina Bosshard

HALE, SKEMP, HANSON, SKEMP & SLEIK
Margaret A. Herfitzka

MOEN SHEEHAN MEYER
G. Jeffrey George



BALISLE & ROBERSON, S.C.

# Best Lawyers® has named individuals as 2015 LAWYERS OF THE YEAR

in **Wisconsin**, based on their particularly high level of peer recognition.

EAU CLAIRE • GREEN BAY • MADISON • MILWAUKEE • WAUSAU



**Michelle Behnke**

### Real Estate Law
Madison, WI

BY MAGGIE BURCH

■ Seventeen years ago, Michelle Behnke stepped away from the legal career she had known, working at a mid-sized law firm in Madison then serving as in-house counsel to CUNA Mutual Group, and started her own firm with the hopes of creating a work-life balance that would allow her to give as much time and attention to her family as she gives her clients.

Now—and for the past 17 years—Behnke helps her clients do the same: venture out and expand a business or start a new one, lending her business knowledge and real estate law expertise to help them reach their goals.

Michelle Behnke & Associates consists only of Behnke, one associate, and her assistant. Clients praise Behnke for the close personal attention she gives them. Behnke says of her approach, "My personal touch, along with my wealth of experience, allows clients access to a high level of experience in a personalized setting."

Behnke's real estate practice focuses mostly on commercial transactions, from the acquisition of new land to a company that's opening a new franchise leasing existing space. Three of Behnke's more well-known, Wisconsin-based clients are Welton Enterprises, Southern Wisconsin Foods, and Valley King of Wisconsin, and Behnke likens the work she does for these clients to serving as in-house counsel: They seek out her legal skills as well as her business judgment.

"Being able to work with clients long-term and to understand the whole of their business, and then to consult and guide them, is the core of what I love about practicing law," Behnke says. "We're not just putting a band-aid on when something goes wrong. I want to help guide my clients to anticipate and prepare for issues so they don't hit bumps in the road."

In addition to her clients, Behnke is also passionate about the community service and professional organizations she has been involved in. Early on in her career, she served on the Madison Community Housing Foundation board of directors and established a first-time home-buyer loan program that helped people attain home-ownership, an accomplishment that has been proven to benefit families as well as communities. She is also active in the State Bar of Wisconsin and the American Bar Association, having previously served as president and on the board of governors, respectively. Behnke said a career highlight for her was being admitted to the American College of Real Estate Lawyers (ACREL) in 2005, a distinguished invitation that is only extended to the best in the practice field. ●

---

**ANTITRUST LAW**
James T. McKeown

**APPELLATE PRACTICE**
Robert L. Jaskulski

**ARBITRATION**
William F. Eich
Kevin J. Lyons

**BANKING & FINANCE LAW**
Paul J. Dombrowski
Emory Ireland

**BANKRUPTCY & CREDITOR DEBTOR RIGHTS / INSOLVENCY & REORGANIZATION LAW**
Michael D. Jankowski
Ann Ustad Smith

**BET-THE-COMPANY LITIGATION**
Donald K. Schott
Thomas L. Shriner, Jr.

**BUSINESS ORGANIZATIONS (INCLUDING LLCS & PARTNERSHIPS)**
Gregory F. Monday
Bret A. Roge

**CLOSELY HELD COMPANIES & FAMILY BUSINESSES LAW**
George R. Kamperschroer

**COMMUNICATIONS LAW**
Bradley D. Jackson

**CONSTRUCTION LAW**
David A. Krutz
Brian W. Mullins

**CORPORATE LAW**
Jay O. Rothman
Paul T. Wrycha

**CRIMINAL DEFENSE: NON-WHITE-COLLAR**
Michael J. Steinle
Dean A. Strang

**CRIMINAL DEFENSE: WHITE-COLLAR**
Michael J. Fitzgerald
Stephen P. Hurley

**EDUCATION LAW**
Jon E. Anderson

**ELDER LAW**
Benjamin M. Adams
Peter E. Grosskopf
Barbara S. Hughes
Bruce A. Tammi

**EMINENT DOMAIN & CONDEMNATION LAW**
Patrick Fiedler
Alan H. Marcuvitz

**EMPLOYEE BENEFITS (ERISA) LAW**
David P. Olson
Lynn M. Stathas

**EMPLOYMENT LAW - INDIVIDUALS**
Lester A. Pines
Jeffrey P. Sweetland

**EMPLOYMENT LAW - MANAGEMENT**
Bernard J. Bobber
Michael J. Julka
James R. Macy

**ENERGY LAW**
Richard K. Nordeng
Brian D. Winters

**ENVIRONMENTAL LAW**
Linda E. Benfield
Linda H. Bochert

**FAMILY LAW**
Kenneth J. Andraski
Barbara L. Burbach
G. Jeffrey George
Daphne Webb

**FAMILY LAW MEDIATION**
Steven A. Bach

**FINANCIAL SERVICES REGULATION LAW**
W. Charles Jackson

**FRANCHISE LAW**
Joseph S. Goode

**GOVERNMENT RELATIONS PRACTICE**
Michael R. Vaughan

**HEALTH CARE LAW**
Michael A. Levey
Mary H. Michal

**IMMIGRATION LAW**
Gail K. McCarthy
Grant Sovern

**INSURANCE LAW**
Emile H. Banks, Jr.
Connie L. O'Connell

**INTERNATIONAL TRADE & FINANCE LAW**
Ralf-Reinhard Boer

**LABOR LAW - MANAGEMENT**
Robert W. Burns
Eric E. Hobbs
Daniel A. Kaplan

**LABOR LAW - UNION**
Timothy E. Hawks

**LAND USE & ZONING LAW**
Bruce T. Block
William F. White

**LITIGATION - ANTITRUST**
James R. Clark
Paul R. Norman

**LITIGATION - BANKING & FINANCE**
James E. Bartzen
John L. Kirtley

**LITIGATION - BANKRUPTCY**
Valerie L. Bailey-Rihn
Patrick B. Howell

**LITIGATION - CONSTRUCTION**
James E. Braza
Kent I. Carnell

**LITIGATION - ENVIRONMENTAL**
Todd E. Palmer
Nancy K. Peterson

**LITIGATION - FIRST AMENDMENT**
James A. Friedman

**LITIGATION - INTELLECTUAL PROPERTY**
Jonathan H. Margolies
Naikang Tsao

**LITIGATION - LABOR & EMPLOYMENT**
Robert H. Duffy
Aaron N. Halstead

**LITIGATION - LAND USE & ZONING**
Joshua L. Gimbel
Paul G. Kent

**LITIGATION - MUNICIPAL**
Michael J. Lawton
John P. Macy

**LITIGATION - PATENT**
Richard S. Florsheim
Michelle M. Umberger

**LITIGATION - REAL ESTATE**
James E. Bartzen
Charles P. Graupner

**LITIGATION - SECURITIES**
Daniel E. Conley

**LITIGATION - TRUSTS & ESTATES**
Philip J. Halley
Kendall W. Harrison

**LITIGATION & CONTROVERSY - TAX**
Robert L. Gordon

**MASS TORT LITIGATION / CLASS ACTIONS - DEFENDANTS**
Trevor J. Will

**MEDIATION**
Howard S. Bellman
Gary A. Gerlach

**MEDICAL MALPRACTICE LAW - DEFENDANTS**
Barrett J. Corneille
Todd M. Weir

**MEDICAL MALPRACTICE LAW - PLAINTIFFS**
Timothy J. Aiken
Daniel A. Rottier

**MERGERS & ACQUISITIONS LAW**
Christopher C. Cain
Patrick G. Quick

**MUNICIPAL LAW**
Christopher B. Hughes
H. Stanley Riffle

**NATURAL RESOURCES LAW**
Michael D. Flanagan

**NON-PROFIT / CHARITIES LAW**
Andrew R. Lauritzen

**PATENT LAW**
James F. Boyle
Mark A. Kassel

**PERSONAL INJURY LITIGATION - DEFENDANTS**
Terry E. Johnson
Marie A. Stanton
Joseph Thrasher

**PERSONAL INJURY LITIGATION - PLAINTIFFS**
James G. Curtis, Jr.
J. Michael End
James R. Jansen

**PRODUCT LIABILITY LITIGATION - DEFENDANTS**
Claude J. Covelli
Randy S. Parlee

**PRODUCT LIABILITY LITIGATION - PLAINTIFFS**
Timothy S. Trecek

**PROJECT FINANCE LAW**
Brian G. Lanser

**PUBLIC FINANCE LAW**
Elizabeth S. Blutstein

**REAL ESTATE LAW**
Michelle A. Behnke
Deborah C. Tomczyk

**SECURITIES / CAPITAL MARKETS LAW**
Dennis F. Connolly

**TAX LAW**
Hamang B. Patel
Jamshed J. Patel

**TRADEMARK LAW**
Andrew S. McConnell

**TRUSTS & ESTATES**
George A. Dionisopoulos
David W. Reinecke
Wyon F. Wiegratz
John F. Wilcox

**WATER LAW**
Paul G. Kent

**WORKERS' COMPENSATION LAW - CLAIMANTS**
Thomas M. Domer
Aaron N. Halstead

**WORKERS' COMPENSATION LAW - EMPLOYERS**
Ronald S. Aplin
James G. Nowakowski

Case 2:14-cv-01242-CNC   Filed 12/11/15   Page 9 of 11   Document 40-2

SPECIAL ADVERTISING SECTION

# BestLawyers 2015 SURVEY RESULTS

LINKED FIRMS/LAWYERS | NEWLY LISTED LAWYERS | PROFILED FIRMS/LAWYERS

**O'FLAHERTY HEIM EGAN & BIRNBAUM**
Patricia M. Heim

### PERSONAL INJURY LITIGATION

**HALE, SKEMP, HANSON, SKEMP & SLEIK**
James S. Curtis, Jr. (P), Michael W. Gill (D, P)

**O'FLAHERTY HEIM EGAN & BIRNBAUM**
Gregory J. Egan (P)

### PRODUCT LIABILITY LITIGATION

**HALE, SKEMP, HANSON, SKEMP & SLEIK**
Michael W. Gill (D)

## MADISON

### ADMINISTRATIVE / REGULATORY LAW

**GODFREY & KAHN**
Mike B. Wittenwyler



### ALTERNATIVE DISPUTE RESOLUTION

**AXLEY BRYNELSON**
Michael Riley (A, M)



**BELL, MOORE & RICHTER**
David E. McFarlane (M)

**BOARDMAN & CLARK**
Henry A. Field, Jr. (A, M)

**GRIMMER LAW**
Kim Grimmer (A, M)

**HOWARD S. BELLMAN MEDIATION & ARBITRATION**
Howard S. Bellman (A, M)

**HURLEY, BURISH & STANTON**
John C. Mitby (M), Marie A. Stanton (A, M)

**STAFFORD ROSENBAUM**
Brian E. Butler (A, M), Daphne Webb (A, M)

**WILLIAM F. EICH**
William F. Eich (A)

### ANTITRUST LAW

**BOARDMAN & CLARK**
Paul R. Norman*

**GODFREY & KAHN**
Kevin J. O'Connor**

**MINER, BARNHILL & GALLAND**
Charles Barnhill, Jr.*

**STAFFORD ROSENBAUM**
Brian E. Butler*, Edwin J. Hughes*

### APPELLATE PRACTICE

**BOARDMAN & CLARK**
Richard L. Bolton

**CORNEILLE LAW GROUP**
David J. Pliner

**CULLEN WESTON PINES & BACH**
Tamara B. Packard

**FOLEY & LARDNER**
Naikang Tsao

**GODFREY & KAHN**
James A. Friedman

**PERKINS COIE**
John S. Skilton

**TRACEY WOOD & ASSOCIATES**
Tracey A. Wood

### BANKING & FINANCE LAW

**AXLEY BRYNELSON**
Laura Peck (B), Richard E. Petershack (B)

**BOARDMAN & CLARK**
James E. Bartzen (B*), John E. Knight (B, R), Earl H. Munson, Jr. (B*)

**DEWITT ROSS & STEVENS**
Denis P. Bartell (B), Thomas D. Zilavy (B)

**FOLEY & LARDNER**
Timothy S. Crisp (B)

**GODFREY & KAHN**
Richard A. Latta (R)

**MICHAEL BEST & FRIEDRICH**
Ann Ustad Smith (B*)

**STAFFORD ROSENBAUM**
Daniel W. Stolper (B)



**STROUD, WILLINK & HOWARD**
Norman D. Farnam (M), H. Dale Peterson (B*)

**WHYTE HIRSCHBOECK DUDEK**
Paul J. Dombrowski (B), Jerard J. Jensen (B*)

### BANKRUPTCY & CREDITOR DEBTOR RIGHTS / INSOLVENCY & REORGANIZATION LAW

**AXLEY BRYNELSON**
Patricia M. Gibeault**

**DEWITT ROSS & STEVENS**
Denis P. Bartell

**GODFREY & KAHN**
Brady C. Williamson**

**KEPLER & PEYTON**
Michael E. Kepler

**KREKELER STROTHER**
J. David Krekeler

**MICHAEL BEST & FRIEDRICH**
Ann Ustad Smith**

**MURPHY DESMOND**
Robert A. Pasch, William J. Rameker, Jane Zimmerman**

**STAFFORD ROSENBAUM**
Daniel W. Stolper**

### BET-THE-COMPANY LITIGATION

**BELL, MOORE & RICHTER**
Ward I. Richter

**BOARDMAN & CLARK**
Claude J. Covelli

**MICHAEL BEST & FRIEDRICH**
Ann Ustad Smith

**PERKINS COIE**
John S. Skilton



**STAFFORD ROSENBAUM**
Brian E. Butler

### BIOTECHNOLOGY LAW

**FOLEY & LARDNER**
Mark A. Kassel

**MICHAEL BEST & FRIEDRICH**
Teresa J. Welch

**VALAUSKAS CORDER**
Jill A. Fahrlander

### BUSINESS ORGANIZATIONS (INCLUDING LLCS & PARTNERSHIPS)

**GODFREY & KAHN**
Richard A. Latta

**NEIDER & BOUCHER**
Joseph W. Boucher, George R. Kamperschroer, Charles E. Neider

### CIVIL RIGHTS LAW

**MCGILLIVRAY WESTERBERG & BENDER**
Pamela R. Mcgillivray

**STAFFORD ROSENBAUM**
Meg E. Vergeront

### CLEANTECH LAW

**GODFREY & KAHN**
David J. Gilles

### CLOSELY HELD COMPANIES & FAMILY BUSINESSES LAW

**BOARDMAN & CLARK**
Jennifer M. Krueger, Michael J. Lawton

**NEIDER & BOUCHER**
Joseph W. Boucher, George R. Kamperschroer



**WHYTE HIRSCHBOECK DUDEK**
Sverre David Roang

### COLLABORATIVE LAW: CIVIL

**BOARDMAN & CLARK**
Marta Meyers

### COLLABORATIVE LAW: FAMILY LAW

**CULLEN WESTON PINES & BACH**
Steven A. Bach, Elise Clancy Ruoho, Alison TenBruggencate

### COMMERCIAL LITIGATION

**AXLEY BRYNELSON**
Michael S. Anderson

**BELL, MOORE & RICHTER**
David E. McFarlane, Ward I. Richter

**BOARDMAN & CLARK**
Kenneth B. Axe, James E. Bartzen, Claude J. Covelli, Earl H. Munson, Jr., Paul R. Norman, Richard L. Schmidt, Sarah A. Zylstra

**COYNE, SCHULTZ, BECKER & BAUER**
William F. Bauer

**DEWITT ROSS & STEVENS**
Jon P. Axelrod, Denis P. Bartell, Stephen A. DiTullio, Bradley C. Fulton, Ronald R. Ragatz, Joseph A. Ranney, Wrede H. Smith, Jr.

**FOLEY & LARDNER**
Allen A. Arntsen, Timothy S. Crisp, Gordon Davenport III, Naikang Tsao

**GODFREY & KAHN**
James A. Friedman, Kendall W. Harrison, Douglas M. Poland, Todd G. Smith

**HURLEY, BURISH & STANTON**
John C. Mitby

**MICHAEL BEST & FRIEDRICH**
Gregory J. Lynch, Ian A.J. Pitz, Ann Ustad Smith, Mary C. Turke

**PERKINS COIE**
Christopher G. Hanewicz, David J. Harth, David E. Jones, John S. Skilton, Michelle M. Umberger



**STAFFORD ROSENBAUM**
Brian E. Butler, Barbara A. Neider

**STROUD, WILLINK & HOWARD**
H. Dale Peterson, Peter J. Richter

**WHYTE HIRSCHBOECK DUDEK**
Thomas M. Pyper

### COMMERCIAL TRANSACTIONS / UCC LAW

**BOARDMAN & CLARK**
Jerry E. McAdow

### COMMUNICATIONS LAW

**AXLEY BRYNELSON**
Daniel T. Hardy

**DEWITT ROSS & STEVENS**
Dennis P. Birke

**FOLEY & LARDNER**
Bradley D. Jackson

**MICHAEL BEST & FRIEDRICH**
Jordan J. Hemaidan

**STAFFORD ROSENBAUM**
Edwin J. Hughes

### CONSTRUCTION LAW

**AKERMAN**
Robert J. Smith

**AXLEY BRYNELSON**
Gay DuBeau*, Brian W. Mullins**, Cari A. Sinderbrand*, Charles V. Sweeney*

**BOARDMAN & CLARK**
James E. Bartzen*

**DEWITT ROSS & STEVENS**
William E. McCardell

**HURLEY, BURISH & STANTON**
John C. Mitby*

**LAWTON & CATES**
Kent I. Carnell*

**MELLI LAW**
Philip J. Bradbury



**STROUD, WILLINK & HOWARD**
H. Dale Peterson*, Ronald W. Todd

**WHYTE HIRSCHBOECK DUDEK**
Thomas M. Pyper*

### CORPORATE GOVERNANCE & COMPLIANCE LAW

**GODFREY & KAHN**
Richard A. Latta (C, G), Mike B. Wittenwyler (C)



### CORPORATE LAW

**AXLEY BRYNELSON**
Bruce L. Harms

**BOARDMAN & CLARK**
John E. Knight

**DEWITT ROSS & STEVENS**
Frederic J. Brouner, Paul A. Croake, Peter R. Dohr, Troy A. Mayne, Richard W. Pitzner, Gregory E. Scallon, Wrede H. Smith, Jr., Thomas D. Zilavy

**FOLEY & LARDNER**
Christopher C. Cain, Timothy S. Crisp, Anne E. Ross, Paul T. Wrycha

**GODFREY & KAHN**
Richard A. Latta, Michael E. Skindrud

**HURLEY, BURISH & STANTON**
Howard A. Sweet

**MICHAEL BEST & FRIEDRICH**
Tod B. Linstroth, Gregory J. Lynch

**MURPHY DESMOND**
Daniel J. Lipman

**NEIDER & BOUCHER**
Joseph W. Boucher, Charles E. Neider

  

**STROUD, WILLINK & HOWARD**
Joseph P. Bartol, Robert R. Stroud

**WHYTE HIRSCHBOECK DUDEK**
Sverre David Roang

### CRIMINAL DEFENSE: NON-WHITE-COLLAR

**CULLEN WESTON PINES & BACH**
Jordan C. Loeb, Lester A. Pines

**GIESEN LAW OFFICES**
Charles W. Giesen

**HURLEY, BURISH & STANTON**
Stephen P. Hurley

**MEYER LAW OFFICE**
Stephen J. Meyer

**MURPHY DESMOND**
Hal Harlowe

**ROSEN LAW OFFICES**
Bruce Rosen

**STAFFORD ROSENBAUM**
Gerald W. Mowris

**STRANG BRADLEY**
Dean A. Strang

### CRIMINAL DEFENSE: WHITE-COLLAR

**CULLEN WESTON PINES & BACH**
Lester A. Pines

**GIESEN LAW OFFICES**
Charles W. Giesen

**HURLEY, BURISH & STANTON**
Marcus Berghahn, Stephen P. Hurley

**LAW OFFICE OF LAWRENCE BENSKY**
Lawrence Bensky

**MEYER LAW OFFICE**
Stephen J. Meyer

**ROSEN LAW OFFICES**
Bruce Rosen

**STRANG BRADLEY**
Dean A. Strang

### EDUCATION LAW

**AXLEY BRYNELSON**
Lori M. Lubinsky

**BOARDMAN & CLARK**
JoAnn M. Hart, Michael J. Julka, James K. Ruhly

**DAVIS & KUELTHAU**
Shana R. Lewis

**DEWITT ROSS & STEVENS**
Jayne N. Kuehn

**FRIEDMAN LAW FIRM**
David R. Friedman

**GODFREY & KAHN**
Jon E. Anderson, Thomas N. Shorter

**MALINA PIONTEK, ATTORNEY**
Malina J. Piontek

Mcgillis Wiener
11040 W. Bluemound Rd
53226
(414) 269 3984



877 959 5302
Talk to a Lawyer