# ENERGY SERVICES, INC.

# CONTACT INFORMATION



*Energy Services, Inc.*

**WAUKESHA COUNTY**

Appointments: (800) 506-5596
Phone: (262) 549-9666
Fax: (262) 549-9681

217 Wisconsin Avenue, Suite 401
Waukesha, WI 53186

KEEP WISCONSIN WARM/COOL FUND